OPINION — AG — THE COUNTY SUPERINTENDENT MAY FILE CLAIMS AGAINST COUNTY FUNDS FOR REIMBURSEMENT FOR TRAVEL EXPENSES INCURRED IN TRAVEL OUTSIDE THE STATE, IF SAID TRAVEL WAS FOR THE PURPOSE OF ATTENDING PROFESSIONAL MEETINGS, AND IF SUCH TRAVEL EXPENSE DOES NOT EXCEED THE APPROPRIATION FOR HIS OFFICE. CITE: 19 O.S. 1961 180.47 [19-180.47], HOUSE BILL NO. 815, 70 O.S. 1961, 3-3 [70-3-3] (W. J. MONROE)